No. 77–1572. ROGERS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 77–1579. FENNELL v. BUTLER ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–1623. GRIFFIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–5985. CANE v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 77–6339. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6395. GUZMAN v. UNITED STATES; and
No. 77–6577. BENSOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 566 F. 2d 560.

No. 77–6428. HANNAH v. NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 77–6429. GRIFFIN v. SAN BERNARDINO POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–6463. BUTTORFF ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6489. DAVIS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6501. WHITE v. UNITED STATES; and
No. 77–6544. DIAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: No. 77–6501, 570 F. 2d 354; No. 77–6544, 570 F. 2d 352.

No. 77–6520. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6531. CAMERON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.